IN THE COURT OF APPEALS OF MARYLAND


No.47


September Term, 2013

_____


JAMES LAMBERT


v.


STATE OF MARYLAND

_____



Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Cathell, Dale R. (Retired,
          Specially Assigned),

          JJ.



_____



PER CURIAM ORDER

_____



Filed: January 13, 2014

_____

| | | |
|---|---|---|
| JAMES LAMBERT | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 47 |
| STATE OF MARYLAND | * | September Term, 2013 |

**PER CURIAM ORDER**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 13th day of January, 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed as moot.

/s/ Mary Ellen Barbera
Chief Judge
